

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

       - v. -                    :

RUBEN ARITA RIVERA,              :

       Defendant.                :

                             :
- - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr. 571

COUNT ONE

The Grand Jury Charges:

1. On or about March 5, 2008, in the Southern District of New York, RUBEN ARITA RIVERA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that RUBEN ARITA RIVERA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, would distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of a mixture and substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal objects thereof, RUBEN ARITA RIVERA committed the

following overt act, among others, in the Southern District of New York:

    a.  On or about March 5, 2008, RUBEN ARITA RIVERA accepted delivery of a package in Spring Valley, New York.

(Title 18, United States Code, Section 846.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney