UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

United States of America

v.

Ruben Arita Rivera,

------

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 571 (SCR)

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated October 8, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: Nov 18, 2008

SO ORDERED:

_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____